# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-2591

———————————————————

MARQUIS ANTONIO CORBITT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Alachua County.
Mark W. Moseley, Judge.

January 16, 2019

PER CURIAM.

AFFIRMED.

LEWIS, WETHERELL, and WINOKUR, JJ., concur.

———————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————————

Marquis Antonio Corbitt, pro se, Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.